IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Bailey, Tiffany M | Case Number: 08 B 01195 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 03/03/09 | Filed: 1/18/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: January 15, 2009
Confirmed:  June 26, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,400.00 | |
| Secured: | | 6,917.79 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 482.21 |
| Other Funds: | | 0.00 |
| Totals: | 7,400.00 | 7,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Nicole G Lawson | Administrative | 3,500.00 | 0.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 4. | GMAC Auto Financing | Secured | 60,977.48 | 6,801.17 |
| 5. | Great American Finance Company | Secured | 1,045.72 | 116.62 |
| 6. | Countrywide Home Loans Inc. | Secured | 4,405.18 | 0.00 |
| 7. | Illinois Dept of Revenue | Priority | 61.58 | 0.00 |
| 8. | Illinois Student Assistance Commission | Unsecured | 7,808.09 | 0.00 |
| 9. | Loan Machine | Unsecured | 884.24 | 0.00 |
| 10. | AmeriCash Loans, LLC | Unsecured | 487.33 | 0.00 |
| 11. | RMI/MCSI | Unsecured | 150.00 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 47.05 | 0.00 |
| 13. | Peoples Energy Corp | Unsecured | 344.41 | 0.00 |
| 14. | Monterey Financial Services | Unsecured | 36.31 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 59.27 | 0.00 |
| 16. | Illinois Dept of Revenue | Unsecured | 6.00 | 0.00 |
| 17. | Great American Finance Company | Unsecured | 66.00 | 0.00 |
| 18. | Check Into Cash | Unsecured | | No Claim Filed |
| 19. | Asset Acceptance | Unsecured | | No Claim Filed |
| 20. | Capital One | Unsecured | | No Claim Filed |
| 21. | Capital One | Unsecured | | No Claim Filed |
| 22. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 23. | Check N Go | Unsecured | | No Claim Filed |
| 24. | LVNV Funding | Unsecured | | No Claim Filed |
| 25. | Americas Financial Choice Inc | Unsecured | | No Claim Filed |
| 26. | The Bureau Inc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Bailey, Tiffany M | Case Number: 08 B 01195 |
| --- | --- | --- |
| | | Judge: Wedoff, Eugene R |
| | Printed: 03/03/09 | Filed: 1/18/08 |

### DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
| --- | --- | --- | --- |
| 27. America's Financial Choice Inc | Unsecured | | No Claim Filed |
| 28. Seventh Avenue | Unsecured | | No Claim Filed |
| 29. TNB Card | Unsecured | | No Claim Filed |
| 30. Senex Services Corp | Unsecured | | No Claim Filed |
| 31. Pay Day Loan Store Of Illinois | Unsecured | | No Claim Filed |
| | | $ 79,878.66 | $ 6,917.79 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 6.5% | 403.01 |
| 6.6% | 79.20 |
| | $ 482.21 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mack*